# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON EVAN BROWNE, | ) | 3:05-cv-00618-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| LT. MORRIS, et al., | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#50) filed on July 2, 2007, in which the Magistrate Judge recommends that this court enter an order granting defendants' motion for summary judgment (#36) and deny plaintiff's cross-motion for summary judgment (#41). No objections to the report and recommendation have been filed and the time for filing any objections has expired. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#50). Therefore, defendants'

1

motion for summary judgment (#36) is **GRANTED** and plaintiff's motion for summary judgment (#41) is **DENIED.**

**IT IS SO ORDERED.**

DATED: This 9th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

2